IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-40918

_____

PAUL WAYNE NEILL; JULIE NEILL,

Plaintiffs-Appellees,

versus

WAL-MART STORES, INC.,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Texas
(9:97-CV-344)

_____

September 15, 2000

Before GARWOOD, HIGGINBOTHAM, and STEWART, Circuit Judges.[*]

HIGGINBOTHAM, Circuit Judge:

With the benefit of able oral argument, we are persuaded that there was sufficient evidence to support the jury's verdict. The parties presented competing positions to the jury, and the jury has spoken.

AFFIRMED.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.